240866

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-998 RHK/RLE Case Title: Anglo-American Oil, Inc. v. Murphy Oil, USA

**Affidavit of Movant**

I, Michael J. Steinlage, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David L. Doyle, an attorney admitted to practice in the State of Illinois District of Court, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Murphy Oil USA in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 241143 Date: 6-18-01

**Affidavit of Proposed Admittee**

I, David L. Doyle, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: David L. Doyle Signature: [signature] Date:

Attorney License Number: Illinois/00671827

Law Firm Name & Address: Vedder, Price, Kaufman & Kammholz
222 N. LaSalle Street, Suite 2300
Chicago, IL 60601

Telephone: (312) 609-7500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

Date: JUN 19 2001

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK
6/99