UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Anglo-American Oil, Inc.,

Plaintiff,

vs. ORDER

Murphy Oil USA, Inc.,

Defendant. Civ. No. 01-998(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 7th day of November, 2001.

* * *

On September 18, 2001, this Court entered a Pretrial Schedule pursuant to the Pretrial Conference held on July 23, 2001. An incorrect deadline of April 1, 2002, was inserted regarding pre-discovery disclosures required by Rule 26(a)(1). The Pretrial Order will be amended accordingly.

THEREFORE, It is -

ORDERED:

1. That Paragraph I of the Pretrial Schedule shall be amended to read as follows:

> That all pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before **November 16, 2001.** The period during which the parties may conduct all discovery shall terminate on **April 1, 2002.** Disputes with regard to pre-discovery disclosures or

FILED NOV 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(9)

discovery shall be called immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to this Pretrial Schedule. No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and agreements between counsel which contravene the provisions of this Schedule will not be recognized. However, upon agreement of counsel, or with leave of the Court, depositions in lieu of in-Court testimony may be taken after the close of discovery.

2. That all other deadlines in the Pretrial Schedule dated September 18, 2001, shall remain in effect.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE